IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-23-13-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| MORANDA KAY STANDINROCK, | |
| Defendant. | |

Upon Defendant's unopposed Motion for Early Termination of Supervised Release, pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing being shown,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Moranda Kay Standingrock's term of supervised release is terminated as of the date of this order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 27th day of December, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge